CORNELIUS L. COOKE, ADMINISTRATOR, DEFENDANT IN ERROR, v. INDEPENDENT TELEGRAPH AND TELE-PHONE CONSTRUCTION COMPANY, PLAINTIFF IN ERROR.

Argued March 5, 1908—Decided June 14, 1909.

On error to the Supreme Court.

For the plaintiff in error, *Collins & Corbin.*

For the defendant in error, *John W. Ivins* and *Aaron E. Johnston.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion delivered by Mr. Justice Pitney, reported *ante p.* 454.

*For affirmance*—GARRISON, SWAYZE, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, GRAY, DILL, J.J. 9.

*For reversal*—REED, TRENCHARD, VROOM, J.J. 3.